289 F.2d 935
 INDEPENDENT OIL WORKERS UNION etc., Appellant v, STANDARD
OIL COMPANY OF INDIANA.
 No. 16685.
 United States Court of Appeals Eighth Circuit.
 March 29, 1961.
 
 Fred H. Daugherty, Chicago, Ill., for appellant.
 Myron H. Atkinson, Jr., Bismarck, N.D., Karl H. Mueller, Fort Worth, Tex., and Hunter L. Johnson, Tulsa, Okl., for appellee.
 PER CURIAM.
 
 
 1
 Appeal from District Court dismissed without costs to either party in this Court, on stipulation of parties.